IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, ATTORNEY GENERAL,<br><br>       Plaintiff,<br><br>       v.<br><br>ELI LILLY AND COMPANY; NOVO NORDISK INC.; SANOFI-AVENTIS U.S. LLC; EVERNORTH HEALTH, INC. (FORMERLY EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.; MEDCO HEALTH SOLUTIONS, INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, LLC; CAREMARKPCS HEALTH, LLC; CAREMARK, LLC; UNITEDHEALTH GROUP, INC.; OPTUM, INC.; OPTUMRX, INC.; OPTUMINSIGHT LIFE SCIENCES, INC.; AND OPTUMINSIGHT, INC.,<br><br>       Defendants. | Case No. 1:26-cv-105-UNA |

**DISCLOSURE STATEMENT FOR DEFENDANTS CVS HEALTH CORPORATION, CVS PHARMACY, INC., CAREMARKPCS HEALTH, L.L.C., CAREMARK RX, L.L.C., AND CAREMARK, L.L.C.**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendants CVS Health Corporation, CVS Pharmacy, Inc., CaremarkPCS Health, L.L.C., Caremark Rx, L.L.C., and Caremark, L.L.C., state as follows:

CVS Health Corporation is a publicly traded company. It has no parent company, and no publicly held corporation owns 10% or more of its stock.

CVS Pharmacy, Inc., is a direct, wholly owned subsidiary of CVS Health Corporation. CVS Health Corporation is the only publicly traded corporation that owns 10% or more of its stock.

CaremarkPCS Health, L.L.C., Caremark Rx, L.L.C., and Caremark, L.L.C., are each a limited liability company, not a "nongovernmental corporate party" for purposes of Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to them. These defendants are indirect subsidiaries of CVS Health Corporation; no other publicly held corporation directly or indirectly holds an ownership interest in any of them in excess of 10%.

Dated: January 30, 2026

CROSS & SIMON, LLC

*/s/ Michael L. Vild*
Michael L. Vild (No. 3042)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
mvild@crosslaw.com

- and -

Enu Mainigi (*pro hac vice* forthcoming)
Craig D. Singer (*pro hac vice* forthcoming)
R. Kennon Poteat III (*pro hac vice* forthcoming)
A. Joshua Podoll (*pro hac vice* forthcoming)
Benjamin N. Hazelwood (*pro hac vice* forthcoming)
Daniel M. Dockery (*pro hac vice* forthcoming)
**WILLIAMS AND CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com

apodoll@wc.com
bhazelwood@wc.com
ddockery@wc.com

*Counsel for CaremarkPCS Health, L.L.C., CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., and Caremark, L.L.C.*

3